**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____Northern_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 18 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 3:23-cv-00218-DPM-ERE

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: JAYSON DAVID WING
ADC # 0032087  U.S. marshal's custody
Greene County Detention Center
Address: 1809 N. Rockingchair rd  Paragould AR 72450

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Ervin

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: U.S. MARSHALS SERVICE

Position: management of: Greene County Detention Center, Fed: Holding

Place of employment: _____

Address: Little Rock office, 72201

Name of defendant: Greene County Detention Center

Position: management of medical division

-4-

Place of employment: GCDC, Greene County Detention center

Address: 1809 N Rocking chair rd Paragould AR 72450

Name of defendant: Gina Duncan

Position: Head LPN, Lic practicing nurse management

Place of employment: Greene County Detention Center

Address: 1809 N Locking chair Rd Paragould AR 72450

Name of defendant: Brianna Thompson

Position: LPN, Lic. practicing nurse

Place of employment: Greene County Detention Center

Address: 1809 N locking chair rd Paragould AR 72450

II. Are you suing the defendants in:

- [x] official capacity only
- ~~personal capacity only~~
- ~~both official and personal capacity~~

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _X_

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

|   |   |   |
|---|---|---|
|   | ☐ | Court (if federal court, name the district; if state court, name the county): _____ |
|   | ☐ | Docket Number: _____ |
|   | ☐ | Name of judge to whom case was assigned: _____ |
|   | ☐ | Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ |
|   | ☐ | Approximate date of filing lawsuit: _____ |
|   | ☐ | Approximate date of disposition: _____ |

IV. Place of present confinement: _Greene County Detention Center 1809 W Rockingchair Rd. Paragould AR 72450_

V. At the time of the alleged incident(s), were you: (check appropriate blank)

   _X_ in jail and still awaiting trial on pending criminal charges

   ____ serving a sentence as a result of a judgment of conviction

   ____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes _X_  No ____ _I have copies of all grievances and correspondences_

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes X   No ___

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Upon arrival to Greene County Detention Center for U.S. marshall custody hold for pending trial, sentencing, charges etc. In August September 2023. The plaintiff Jayson D Wing armed with multiple health issues chronic care, unidentified mass in forhead region causing major damages to skull, most chronic care medications after 3 weeks was restored. Issue and complaint at hand being sought for consists of: LPN Brianna Thompson has neglected proper treatment of plaintiffs unidentified mass of forhead by manipulating, changing and negative guiding medical reports, orders and (complaints). Writing reports and orders to gain a negative response by hospital doctors and U.S. marshals. Plaintiff plans to show the courts with factual exibits. Head LPN Gina Duncan is responsible for submitting and approving

-7-

Head) LPN Gina Duncan Also has Physically Denied proper treatment three times in front of LPN Brianna Thompson and several correctional deputies. Plaintiff will show through exibits of evidence complete communications and grievances complaining of major pain and issues Osely with forehead mass and damages. Both LPN's Gina Duncan and Brianna Thompson has recieved over 12 complaints and grievances in regards to this major health issue. Responses by defendants are passive treatment neglect with intentual denial of medical issues. Plaintiff plans to submit a history and tracking of medical issues providing proof of medical issue needing treatment.

U.S. Marshals need to be held accountable for their neglect of response to medical needs and on going issues with medical departments Gina Duncan and Brianna Thompson. Many recorded complaints have been given to: U.S. Marshals by witnesses, Theresa M. Wing (wifes) Plaintiffs attorney A: Obana complaints directly to US marshals services staff by Plaintiff Himself at federal court. The U.S. marshals service department has been complained to about ongoing issues at Greene County detention center medical department

Medical over all: there is a major amount of skull damage and pain to Plaintiffs head. The mass is unidentified and has significantly changed in last year Plaintiff keeps getting denied proper procedure and treatment, mass needs removed (biopsied) And repair of damaged skull needs done.

So Furthermore By not Identifying Properly the unidentified mass the Plaintiffs Life, "Daily" may or may not be shortened By the Lession In Forehead. Medical Staff are Responsible When Plaintiff complains Daily of Issue, U.S. Marshals are Responsible For Making sure their Holding Facilities Are Providing Proper care In Which the complaint States clearly against Defendants is not Being Done.

| Date | Type | | |
|---|---|---|---|
| Amend August 23, 2023 | comp/grievance | Signed: | [signature] |
| Aug 25 | comp/griev | Oct 11 2023 | |
| Aug 26 | comp/Request | | |
| Aug 27 | comp/Req | Sept 03 2023 | compl |
| Aug 28 | comp/Req | Sept 08 2023 | Request |
| Aug 29 | comp/[?] | Sept 09 2023 | compl |
| August 30/31 | submitted | Oct 09 2023 | complaint |
| Sept 2 | Req | | |
| Sept 4 | compl | | |
| Sept 5 | Req | | |
| Sept 7 | Req | | |
| Sept 7 | Compl | | |
| Sept 8 | Request | | |
| Sept 9 | Request | | |
| Sept 12 | compl | | |
| Sept 15 | Request | | |
| Sept 18 | Request | | |
| Sept 19 | grievance | | |
| Sept 20 | Grievance | | |
| Sept 21 | | | |

## VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

#1) Proper medical treatment, Proper medications, Procedures and #2) Full Body P.E.T. scan / C.A.T.(CT) scan with (Contrast) of mass) and eroded skull, Removal of mass (biopsied), proper Repair of damaged area of Forehead, proper Follow up and medications, Antibiotics       See Attached

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __11__ day of __Oct__, 20__23__.

_Jayson Wing_
__Jayson David Wing__

_____
Signature(s) of plaintiff(s)



Remedy of 1983 VIII

Plaintiff Does majority seek treatment of medical complaint mass (unidentified mass) in forehead region Plaintiff asks all court fee be paid by Defendants Listed. Proper medical treatment consists of: A Full P.E.T. Scan of total body with proper contrast be given to insure no other unidentified tumors or masses are present, A Full C.T. scan with contrast of head be done in order to properly get full description of unidentified mass and deteriorated skull damage. Removal of unidentified mass and biopsy needs done to insure what treatment course is needed after removal. Repair of skull region once removed shall be at discretion of proper ear, nose and throat specialist.

Plaintiff seeks proper care and medical treatment and seeks repayment of court filings. Also asks that treatment and scans not to be done at Arkansas Methodist medical Center.

Greene County Detention Center
1809 u Rocky draw rd
Paragould AR 72450

Oct 11 2023

Jayson D Craig
Jayson D Craig

Oct 11, 2023

Dearest Clerk of the Courts

Thank you for sending the 1983 papers. I am having a real hard time in Ellis God they are hindering due process very badly. Can't get papers, notary or even type writer. So a timely manner. Any request for things 2 weeks later get a response. So it's horrible to get copies, can you make copies and file my complaint. Send me the bill. I will petition my wife and see if she can help. Due to economy it's been real hard financially. I do not like having to even file such a complaint. However I am 49 years old and have severe medical issues needing tended to. So I have to. Thank You

God Bless

Jayson D Wing # 0087087          *Jayson D Wing*
1809 N Rocky Chain RD
Paragould AR 72450

Jayson D. Wing #1039087
1865 N Rocking Chair Rd
Paragould AR 72450
Greene County Detention Center

Legal Mail
(1 A)

MEMPHIS TN 380
16 OCT 2023 PM 2 L



United States District Court
Clerk's Office

600 W. Capitol Ave
Little Rock Arkansas 72201-3325

72201-339919

Jayson D. Winters # 0037087
1809 n Richardson rd
Paragould AR  72450
• Greene-County Detention Center

MEMPHIS TN 380

16 OCT 2023 PM 1 L



United States District Court
Clerks Office
600 W. Capitol Ave
Little Rock Arkansas
72201-3325

Legal mail
(1B)



72201-223199