IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAYSON DAVID WING
ADC #0037087                                                                    PLAINTIFF

v.                          No. 3:23-cv-218-DPM

GREENE COUNTY DETENTION
CENTER, Management of Medical
Division; GINA DUNCAN, Head LPN,
LPN Management, Greene County
Detention Center; BRIANNA
THOMPSON, LPN, Greene County
Detention Center; and UNITED STATES
MARSHALS SERVICE                                                        DEFENDANTS

## JUDGMENT

Wing's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 November 2023